EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Marcos A. Rivera Ortiz | 2024 TSPR 31<br><br>213 DPR ___ |
| --- | --- |

Número del Caso:  TS-5,398


Fecha:  3 de abril de 2024


Abogada de la peticionaria:

    Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Marcos A. Rivera Ortiz

TS-5,398

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de abril de 2024.

Examinada la *Moción Sometiendo Documento y Reiterando la Solicitud de Reinstalación en el Ejercicio de la Abogacía* presentada por el Sr. Marcos A. Rivera Ortiz, se provee Ha Lugar a la misma.

Se instruye a la Secretaría de este Tribunal a que tome nota en el expediente en cuanto a que la Lcda. Daisy Calcaño López es la única representante legal del compareciente.

Se ordena la activación de las Quejas AB-2023-0187 y AB-2023-0200 para que continúen el trámite correspondiente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres emite la expresión siguiente, a la cual se une el Juez Asociado señor Feliberti Cintrón:

Denegaría la solicitud de reinstalación en esta etapa y hasta que se adjudiquen las quejas AB-2023-0200, AB-2023-0187 y AB-2024-0015 que pesan en contra del Sr. Marcos A. Rivera Ortiz. En protección del interés público, deberíamos dar a las solicitudes de reinstalación el mismo trato que a las peticiones de admisión. Por consiguiente, antes de reactivar la licencia de un solicitante se debe dilucidar cualquier señalamiento disciplinario pendiente en su contra.

La Jueza Presidenta Oronoz Rodríguez se inhibió.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo